UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

      Petitioner,

v.                                                                       Case No. 13-cv-151 (JNE/DTS)
                                                                     ORDER

Melvin Wing,

      Respondent.

In a Report and Recommendation dated October 27, 2023, the Honorable David T. Schultz, United States Magistrate Judge, recommended that the United States' Second Motion for Revocation of Conditional Release be granted and that Melvin Wing be remanded to the custody of the Attorney General for treatment in a suitable facility. *See* 18 U.S.C. § 4246(f). No objection to the Report and Recommendation has been received. The Court accepts the recommended disposition [Docket No. 106]. Therefore, IT IS ORDERED THAT:

1.     The United States' Second Motion for Revocation of Conditional Release [Docket No. 77] is GRANTED.

2.     Melvin Wing is remanded to the custody of the Attorney General for treatment in a suitable facility pursuant to the Court's prior civil commitment order [Docket No. 20] and 18 U.S.C. § 4246(f).

Dated: November 30, 2023

                                                                     s/Joan N. Ericksen
                                                                     JOAN N. ERICKSEN
                                                                     United States District Judge